ADELINE C. GOOGEL *v.* GENESIS
HEALTH VENTURES, INC.
(5967)

BIELUCH, STOUGHTON and NORCOTT, Js.

Argued April 19—decision released April 26, 1988

*Morris Apter,* for the appellant-appellee (plaintiff).

*Steven R. Humphrey,* with whom, on the brief, was *Timothy S. Hollister,* for the appellee-appellant (defendant).

PER CURIAM. There is no error on either the appeal or the cross appeal.